# In the United States Court of Federal Claims

No. 16-840C
(Filed: August 31, 2016)

```
*************************************
                                    *
BITMANAGEMENT SOFTWARE              *
GMBH,                               *
                                    *
                Plaintiff,          *
                                    *
        v.                          *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant.          *
                                    *
*************************************
```

## **ORDER**

    On August 26, 2016, Plaintiff attorneys filed a Motion to Appear Pro Hac Vice. This Court does not allow attorneys to proceed pro hac vice. Thus, in order to practice in this Court, an attorney must become a member. Instructions can be found on our website at www.uscfc.uscourts.gov under Attorney Information. The Motion is therefore DENIED.

    s/ Edward J. Damich
    EDWARD J. DAMICH
    Senior Judge